# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE U.S. BANCORP DERIVATIVE LITIGATION | C.A. No. 1:23-CV-00900-RGA |
| This Document Relates to:<br><br>ALL ACTIONS | (Consolidated) |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23.1(c) and Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss their claims in the above-captioned consolidated action (the "Action"). No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiffs or counsel for Plaintiffs, and no promise to give any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Respectfully submitted,

DATED: July 3, 2024

**BIELLI & KLAUDER, LLC**

*/s/ Ryan M. Ernst*
Ryan M. Ernst (#4788)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600

**LIFSHITZ LAW PLLC**
Joshua M. Lifshitz
1190 Broadway
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 28-7378

*Co-Lead Counsel for Plaintiffs and Of Counsel for Plaintiff Richard Levi*

|  |  |
|---|---|
| DATED: July 3, 2024 | **PHILLIPS, MCLAUGHLIN & HALL, P.A.**<br><br>*/s/ Megan C. Haney*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 N. Broom St.<br>Wilmington, DE 19801<br>(302) 655-4200<br><br>**THE BROWN LAW FIRM, P.C.**<br>Timothy Brown<br>767 Third Avenue, Suite 2501<br>New York, NY 10017<br>Telephone: (516) 922-5427<br>Facsimile: (516) 344-6204<br>Email: tbrown@thebrownlawfirm.net<br><br>*Counsel for Plaintiff Cheri Clearwater*<br><br>**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**<br>Peretz Bronstein<br>Eitan Kimelman<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>Telephone: (212) 697-6484<br>Facsimile: (212) 697-7296<br>Email: peretz@bgandg.com<br>Email: eitank@bgandg.com<br><br>*Of Counsel for Plaintiff Cheri Clearwater* |

SO ORDERED:

Dated: _____, 2024

_____
HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE